UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CAROL SUE GARNER | CASE NO. 1:17-CV-1084 |
| VERSUS | JUDGE ROBERT G. JAMES |
| U S COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED in its entirety, and this matter is hereby DISMISSED WITH PREJUDICE.

SIGNED the 6th day of March, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE